PAUL M. WARNER, United States Attorney (#3389)
PAUL G. AMANN, Special Assistant United States Attorney (#6465)
5272 College Drive, #200
Salt Lake City, Utah 84123
Telephone: (801) 366-0196
Facsimile: (801) 366-0221

FILED
U.S. DISTRICT COURT

2005 MAY 11 P 4: 09

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | I N D I C T M E N T |
| Plaintiff, | VIOLATIONS OF 18 U.S.C. §2422(b) |
| vs. | |
| NICHOLAUS MICHAEL LUECK, | COERCION AND ENTICEMENT OF A MINOR TO ENGAGE IN SEXUAL ACTIVITY |
| Defendant. | |

Judge Tena Campbell
DECK TYPE: Criminal
DATE STAMP: 05/11/2005 @ 12:31:54
CASE NUMBER: 2:05CR00308 TC

The Grand Jury charges:

## COUNT I

On or about February 10, 2005, in the Central Division of the District of Utah,

NICHOLAUS MICHAEL LUECK,

the defendant herein, did use the mail or any facility or means of interstate commerce, knowingly

persuaded, induced, enticed, or coerced an individual who had not attained the age of 18 years, to

engage in prostitution or any sexual activity for which any person can be charged with a criminal offense; all in violation of Title 18, United States Code, Section 2422(b).

## NOTICE OF INTENTION TO SEEK FORFEITURE

As a result of the offenses in Counts I and II, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. Section 2253(a) any and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses pursuant to U.S.C. Section 2422(b), including but not limited to the following:

1. Personal computer serial number 7121923

A TRUE BILL:

S/

FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

Paul G. Amann
Special Assistant United States Attorney

2

AO 257
(Rev. 6/78) ⊕

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

CENTRAL -- DISTRICT OF UTAH

FILED
U.S. DISTRICT COURT

—— OFFENSE CHARGED ——

COERCION AND ENTICEMENT OF A
MINOR TO ENGAGE IN SEXUAL
ACTIVITY

☐ Petty
☐ Minor
☐ Misde- meanor
☒ Felony

DEFENDANT — U.S. vs.

2005 MAY 11  P 4: 09

NICHOLAUS MICHAEL LUECK

DISTRICT OF UTAH

Address {

BY: _____
DEPUTY CLERK

Birth
Date [

☐ Male       ☐ Alien
☐ Female   (if applicable)

(Optional unless a juvenile)

Place of offense
Salt Lake County
Central Division
District of Utah

—— U.S.C. Citation ——

18 : 2422(b)

—————— PROCEEDING ——————

Name of Complainant Agency, or Person (& Title, if any)

Dave White - ICAC

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM          Paul M. Warner

☒ U.S. Att'y       ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)     PAUL G. AMANN, SAUSA

—————— DEFENDANT ——————

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges       ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer       ☐ Yes        If "Yes"
been filed?        ☐ No         give date filed
                                Mo.      Day      Year

DATE OF
ARREST ▶

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED
TO U.S. CUSTODY

Mo.      Day      Year

☐ This report amends AO 257 previously submitted

—————— *ADDITIONAL INFORMATION OR COMMENTS* ——————

Please issue a WARRANT for subject. Subject is not in custody and considered a danger to the community and risk of flight.

Judge Tena Campbell
DECK TYPE: Criminal
DATE STAMP: 05/11/2005 @ 12:31:54
CASE NUMBER: 2:05CR00308 TC